IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MAXON HARVEY MORGAN, #23980-034**                                                              **PETITIONER**

**VERSUS**                                                                  **CIVIL ACTION NO.  5:06cv45DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo City**                                         **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice, and to the extent that the petition can be construed as a section 2255 motion it shall be dismissed for this Court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the 30th day of October, 2006.

                                                   S/DAVID BRAMLETTE
                                                   UNITED STATES DISTRICT JUDGE